No. 390. COMMISSIONER OF INTERNAL REVENUE *v.* GUARDIAN AGENCY, INC., ET AL.; and

No. 561. LOCAL FINANCE CORP. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for petitioner in No. 390, and *William A. Cromartie* and *Edward W. Rothe* for petitioners in No. 561. *Mr. Griswold, Assistant Attorney General Walters, Gilbert E. Andrews,* and *Stuart A. Smith* for respondent in No. 561. Reported below: 407 F. 2d 629.

No. 555. SCHINDELAR *v.* MICHAUD ET AL. C. A. 10th Cir. Certiorari denied. *Robert C. Hawley* for petitioner. *Lowell White* for respondents.

No. 560. LAW *v.* JOINT CHECKER LABOR RELATIONS COMMITTEE, SAN FRANCISCO, ET AL. C. A. 9th Cir. Certiorari denied. *Howard B. Crittenden, Jr.,* for petitioner.

No. 562. DE LUE ET AL. *v.* PUBLIC UTILITIES COMMISSION OF COLORADO ET AL. Sup. Ct. Colo. Certiorari denied. *Herbert M. Boyle* for De Lue et al., and *John J. Conway* for Contract Carriers Conference of Colorado Motor Carriers Assn., petitioners. *Duke W. Dunbar,* Attorney General of Colorado, and *Robert Lee Kessler* and *Warren D. Braucher,* Assistant Attorneys General, for respondent Public Utilities Commission of Colorado.

No. 571. DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Dominic H. Frinzi* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.